Rev. 5/2024

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
**NOA SUPPLEMENT**

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  1:25-cv-00212          Brittany Gullo, et al v. City of Williston, et al

Length of trial:

Financial Status:       Fee Paid?                                    ☑ Yes       ☐ No
                        If **NO**, has IFP been granted?             ☐ Yes       ☐ No
                        Is there a pending motion for IFP?           ☐ Yes       ☑ No

Are there any other pending post-judgment motions?      ☐ Yes       ☑ No

Please identify the court reporter:      ☑ No hearings held

   Name:

   Address:

   Telephone Number:

Criminal cases only:
   Is the defendant incarcerated?      ☐ Yes (include address below)          No ☐

   Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**